IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| TINA RAY, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:17cv00093 |
| | ) | |
| MICHAEL ROANE, | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

Defendant Augusta County Deputy Sheriff Michael Roane, by counsel, moves to dismiss this action brought by plaintiff Tina Ray, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully requests that this Court enter an order dismissing this action with prejudice, along with such other and further relief as is just, including awarding the attorney's fees and costs incurred in the defense of this action pursuant to 42 U.S.C. § 1988(b) and (c). The grounds for granting this motion to dismiss are stated in the accompanying memorandum.

Deputy Roane is also filing at this time an Answer (with Exhibits) to the Complaint, and a motion pursuant to Rule 7(a)(7) and Rule 12(a)(1)(C) of the Federal Rules of Civil Procedure, requesting that the Court issue an Order requiring plaintiff to reply to Deputy Roane's Answer.

Augusta County Deputy Sheriff
Michael Roane

By s/ Carlene Booth Johnson
Counsel

Carlene Booth Johnson VSB No. 36473
Perry Law Firm
A Professional Corporation
262 Chellowe Road
Dillwyn, Virginia 23936
tel: (434) 983-5005
fax: (434) 983-5021
email: perrylawfirm@hughes.net

Certificate

I certify that on November 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the following:

Mario Bernard Williams, Esq.
Nexus Caridades Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
mwilliams@nexuscaridades.com
mario@goodgeorgialawyer.com

By s/ Carlene Booth Johnson
Counsel

Carlene Booth Johnson VSB No. 36473
Perry Law Firm
A Professional Corporation
262 Chellowe Road
Dillwyn, Virginia 23936
tel: (434) 983-5005
fax: (434) 983-5021
email: perrylawfirm@hughes.net