# Exhibit 1













































