Case 5:17-cv-00093-EKD-JCH   Document 41   Filed 02/13/20   Page 1 of 1   Pageid#: 493

FILED: February 13, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-2120
(5:17-cv-00093-EKD)

_____

TINA RAY

       Plaintiff - Appellant

v.

MICHAEL ROANE, in his individual capacity

       Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered January 22, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*