FILED: February 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2120
(5:17-cv-00093-EKD)
_____

TINA RAY

       Plaintiff - Appellant

v.

MICHAEL ROANE, in his individual capacity

       Defendant - Appellee

_____

O R D E R
_____

Costs for these proceedings are taxed and certified in the amount of $813.20, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk