IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **TINA RAY**, | ) | |
| | ) | |
| Plaintiff, | ) | CAF No.: 5:17-cv-00093-EKD |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL ROANE**, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF STATUS OF CASE

COMES NOW Plaintiff's counsel, Mario Williams and Dallas LePierre, and hereby notifies the Court of Plaintiff's intent to proceed in the above captioned action. Plaintiff's counsel has been in discussion with Plaintiff who wishes to proceed in this case and will provide outstanding discovery responses to Defendant's counsel.

Plaintiff's counsel has advised Defendant's counsel of the same.

Respectfully submitted this 1st day of October 2020,

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB # 91955)

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

2 | P a g e

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442/ (404) 935-9391 FAX
mwilliams@ndh-law.com
dlepierre@ndh-law.com
*Counsel for Plaintiff*

3 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF CASE STATUS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

Respectfully submitted this 1st day of October 2020,

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB # 91955)

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442/ (404) 935-9391 FAX
mwilliams@ndh-law.com
dlepierre@ndh-law.com
*Counsel for Plaintiff*