IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **TINY RAY**, :<br>:<br>Plaintiff   :<br>:<br>v.   :<br>:<br>**MICHAEL ROANE,**   :<br>In his individual capacity,   :<br>:<br>Defendant   : | :<br>:<br>:<br>CIVIL ACTION<br>FILE NO. 5:17-cv-00093-EKD |

## NOTICE OF DISSOLUTION AND FIRM CHANGE

PLEASE TAKE NOTICE THAT NDH LLC has been dissolved and the firm is now HDR LLC. The firm and its lawyers' e-mail addresses have been changed to reflect the below. Please take notice of this change and update your records accordingly.

Respectfully submitted this 13th day of January, 2022.

/s/MARIO B. WILLIAMS
Mario B. Williams
Va. Bar No. 91955

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre
Fl. Bar No. 101126

**HDR, LLC**
44 BroadStreet, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@hdrattorneys.com
dlepierre@hdrattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **TINY RAY**, | : |
| Plaintiff | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 5:17-cv-00093-EKD |
| **MICHAEL ROANE,** | : |
| In his individual capacity, | : |
| Defendant | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2022, I electronically filed the **Notice of Dissolution and Firm Change** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

/s/MARIO B. WILLIAMS
Mario B. Williams
Va. Bar No. 91955

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre
Fl. Bar No. 101126

**HDR, LLC**
44 BroadStreet, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@hdrattorneys.com
dlepierre@hdrattorneys.com