IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**TINA RAY,**

       *Plaintiff,*

v.

**MICHAEL ROANE,**

       *Defendant.*

**Civil Action No.**
5:17-CV-00093

## MOTION TO WITHDRAW APPEARANCE OF DALLAS LEPIERRE AS COUNSEL FOR PLAINTIFF

COMES NOW, Plaintiff, by and through his counsel, and submits this Motion to Withdraw Dallas LePierre as counsel for Plaintiff and states in support thereof as follows:

1. Dallas LePierre is no longer employed by HDR, LLC; and

2. Mario B. Williams will continue to represent Plaintiff in this matter.

WHEREFORE, Plaintiff requests that this Honorable Court order the Clerk to remove Dallas LePierre as counsel for Plaintiff in this matter.

Respectfully submitted this 2nd day of August, 2022,

       /s/ MARIO WILLIAMS
       Mario B. Williams
       GA Bar No. 235254

**HDR LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442
mwilliams@hdrattorneys.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing MOTION TO WITHDRAW with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 2nd day of August 2022,

/s/MARIO WILLIAMS
Mario B. Williams
Ga # 235254

**HDR LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442
mwilliams@hdrattorneys.com
*Counsel for Plaintiff*